**ORIGINAL**

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 15 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba,<br>   Petitioner<br><br>V.<br><br>**GEORGE W. BUSH**<br>   President of the United States<br>   The White House<br>   1600 Pennsylvania Avenue, N.W.<br>   Washington, D.C. 20500;<br><br>**RICHARD B. CHENEY**<br>   Vice President of the United States<br>   The White House<br>   1600 Pennsylvania Avenue, N.W.<br>   Washington, D.C. 20500;<br><br>**CONDELEEZA RICE**<br>   Secretary of State of the United States<br>   U.S. Department of State<br>   2201 C Street NW<br>   Washington, DC 20520;<br><br>**MICHAEL V. HAYDEN**<br>   Director, Central Intelligence Agency<br>   Central Intelligence Agency<br>   Office of Public Affairs<br>   Washington, D.C. 20505<br><br>**GEORGE TENET**<br>   [Service address to be provided]<br><br>**ROBERT M. GATES**<br>   Secretary of Defense of the United States<br>   1000 Defense Pentagon<br>   Washington, D.C. 20301-1000 | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  (HABEAS CORPUS)<br>)<br>)<br>)  No:08-CV-<br>)  MISC. NO. 08-442 (TFH)<br>)<br>)<br><br>Case: 1:08-cv-01207<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 7/15/2008<br>Description: Habeas Corpus/2255<br><br>)<br>)<br>)<br>)<br>)<br>)  Let this be filed.<br>)  Royce C. Lamberth<br>)  C-U.S.D.J. 7/15/08<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

| | |
|---|---|
| **DONALD RUMSFELD**<br>　　[Service address to be provided]<br><br>**NAVY REAR ADMIRAL DAVID M. THOMAS**<br>　　Commander, Joint Task Force - GTMO<br>　　JTF-GTMO<br>　　APO AE 09360;<br><br>**ARMY COL. BRUCE VARGO,**<br>　　Commander, Joint Detention<br>　　Operations Group - JTF-GTMO<br>　　APO AE 09360; and<br><br>**JOHN DOE, et al.**, persons acting under actual or<br>　　apparent authority, or color of law, of foreign<br>　　nations,<br><br>　　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING A PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, 'Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submits this Notice of Filing a Petition for Writ of Habeas Corpus. The Petition alleged fundamental violations of Petitioner's constitutional, international, and human rights.

Pursuant to the stipulated Interim Guantanamo SCI Protective Order that currently governs the sole means that undersigned counsel has access to Petitioner, all pleadings or other documents filed by a petitioner must be filed under seal with the United States Court of Appeals for the District of Columbia or Circuit through the Litigation Security Section of the Department of Justice (the "Court Security Office" or "CSO) unless a petitioner has obtained from the Court Security Officer permission to file the pleading or document not under seal. Under that procedure the date and time of physical submission to the Court Security Officer shall be considered the date and time of filing

document with designated portions under seal. Alternatively, the document may be returned to counsel for filing with the Court.

On July 5, 2008, Petitioner transmitted a Petition for Writ of Habeas Corpus to the Court Security Office for filing with this Court as of the date and time of its physical submission to the Court Security Office. Once the Court Security Office has performed appropriate classification review and has filed the Petition with this Court under seal, or pursued the alternative procedure noted above the Petition will be before this Court for review.

Dated: July 7, 2008

Respectfully Submitted,

*Paul G. Turner
Nevada Bar No. 07941
Assistant Federal Public Defender
*Gerald Bierbaum
Texas Bar No. 24025252
Assistant Federal Public Defender
*Mukund H. Sharma
California Bar No. 249125
Assistant Federal Public Defender
411 East Bonneville Avenue, Ste. 250
Las Vegas, NV 89101
(702) 388-6577

*Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I served the foregoing **NOTICE OF FILING A PETITION FOR WRIT OF HABEAS CORPUS,** by causing an original and four copies to be delivered to the United States District Court for the District of District of Columbia via overnight mail (Federal Express) for filing with the Court and service on the persons listed on the attached service list:

**Terry Henry**
Senior Trial Attorney
Federal Programs Branch
Civil Division - Room 7144
Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(Via email and ECF)

**Andrew Warden**
Trial Attorney
Civil Division
Federal Programs Branch
Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(Via email)

**Robert M. Loeb, Esq.**
U.S. Department of Justice
Civil Division, Room 7268
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

_____
An Employee of the Federal Public Defender

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
ABD AL-RAHIM HUSSEIN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  99999
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
GEORGE W. BUSH, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:08-cv-01207
Assigned To : Roberts, Richard W.
Assign. Date : 7/15/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff
□ 3 Federal Question (U.S. Government Not a Party)
(●) 2 U.S. Government Defendant
□ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### □ A. Antitrust
□ 410 Antitrust

### □ B. Personal Injury/Malpractice
□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

### □ C. Administrative Agency Review
□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

### □ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### □ E. General Civil (Other) OR □ F. Pro Se General Civil

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant)

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ■ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| ■ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241 - Habeas Corpus

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  □   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: □ YES   ■ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   □ YES   □ NO   If yes, please complete related case form.

DATE 7/15/08   SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd