IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL-RAHIM HUSSAIN MOHAMMED AL NASHIRI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　　President of the United States,<br>　　*et al.*,<br><br>　　　　Respondents. | Civil Action No. 08-CV-1207 (RWR) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

> JUDRY L. SUBAR
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 7342
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> 202-514-3969

Dated: July 16, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　GREGORY G. KATSAS
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　JOHN C. O'QUINN
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

    /s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-3969

Attorneys for Respondents