IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN** <br> **MOHAMMED AL-NASHIRI** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba, <br>        Petitioner <br><br> V. <br><br> **GEORGE W. BUSH** <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; <br><br> **RICHARD B. CHENEY** <br>     Vice President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; <br><br> **CONDELEEZA RICE** <br>     Secretary of State of the United States <br>     U.S. Department of State <br>     2201 C Street NW <br>     Washington, DC 20520; <br><br> **MICHAEL V. HAYDEN** <br>     Director, Central Intelligence Agency <br>     Central Intelligence Agency <br>     Office of Public Affairs <br>     Washington, D.C. 20505 <br><br> **GEORGE TENET** <br>     [Service address to be provided] <br><br> **ROBERT M. GATES** <br>     Secretary of Defense of the United States <br>     1000 Defense Pentagon <br>     Washington, D.C. 20301-1000 | ) <br> ) <br> ) <br> ) <br> ) <br> )     **CIVIL ACTION** <br> )     **(HABEAS CORPUS)** <br> ) <br> ) <br> )     No:    08 Civ. 1207 (RWR) <br> )     Misc. No. 08 Civ. 442 (TFH) <br> ) <br> )     JUDGE THOMAS F. HOGAN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| **DONALD RUMSFELD** | ) |
|     [Service address to be provided] | ) |
| | ) |
| **NAVY REAR ADMIRAL DAVID M. THOMAS** | ) |
|     Commander, Joint Task Force - GTMO | ) |
|     JTF-GTMO | ) |
|     APO AE 09360; | ) |
| | ) |
| **ARMY COL. BRUCE VARGO,** | ) |
|     Commander, Joint Detention | ) |
|     Operations Group - JTF-GTMO | ) |
|     APO AE 09360; and | ) |
| | ) |
| **JOHN DOE, et al.**, persons acting under actual or | ) |
|     apparent authority, or color of law, of foreign | ) |
|     nations, | ) |
| | ) |
|         Respondents. | ) |
| _____ | ) |

## NOTICE OF FILING PETITIONER'S STATUS REPORT

Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submits this Notice of Filing Petitioner's Status Report pursuant to this Court's order dated July 24, 2008. See Docket #6.

Pursuant to the stipulated Interim Guantanamo SCI Protective Order that currently governs the sole means that undersigned counsel has access to Petitioner, all pleadings or other documents filed by a petitioner must be filed under seal with the United States Court of Appeals for the District of Columbia or Circuit through the Litigation Security Section of the Department of Justice (the "Court Security Office" or "CSO") unless a petitioner has obtained from the Court Security Officer permission to file the pleading or document not under seal. Under that procedure the date and time of physical submission to the Court Security Officer shall be considered the date and time of filing

with the Court. After appropriate classification review, the Court Security Officer shall file the document with designated portions under seal. Alternatively, the document may be returned to counsel for filing with the Court.

On July 24, 2008, this Court ordered a Petitioner to file a concise report summarizing the status of the his case. See Docket # 6. "Petitioner's Status Report" was transmitted to the Court Security Office on July 31, 2008. Once the Court Security Office has performed appropriate classification review and has filed the Report with this Court under seal, or pursued the alternative procedure noted above the Report will be before this Court for review.

Dated: August 1, 2008
      Las Vegas, Nevada

Respectfully Submitted,


/s/ Mukund H. Sharma for
*Paul G. Turner
Nevada Bar No. 07941
Assistant Federal Public Defender
*Gerald Bierbaum
Texas Bar No. 24025252
Assistant Federal Public Defender
*Mukund H. Sharma
California Bar No. 249125
Assistant Federal Public Defender
411 East Bonneville Avenue, Ste. 250
Las Vegas, NV 89101
(702) 388-6577

*Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I served the foregoing **NOTICE OF FILING PETITIONER'S STATUS REPORT,** with the United States District Court for the District of District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Email: alexander.haas@usdoj.gov

**Scott Michael Marconda**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 5130
Washington, DC 20530
Email: scott.marconda@usdoj.gov

/s/ Leianna Montoya
An Employee of the Federal Public Defender