IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 08-CV-1207 (RWR) |
| ) | |

## STATUS REPORT

Pursuant to this Court's July 24, 2008 Order, undersigned counsel for the respondents states the following status of this case:

1) Abddul Rahim Hussein Muhammed Ali Nashir aka Abd Al-Rahim Hussain Mohammed Al-Nashiri, of unknown nationality, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 10015.

2) Detainee ISN 10015 currently has two habeas proceedings pending in this Court. One, filed in the above-captioned case, was filed by the office of the Federal Public Defender for the District of Nevada. The other, which bears Civil Action Number 08-CV-1085 (PLF), was instituted by attorney Scott L. Fenstermaker. The Nevada Federal Public Defender has also filed a petition on behalf of this detainee in the United States Court of Appeals for the District of Columbia Circuit pursuant to the Detainee Treatment Act ("DTA"). Mr. Fenstermaker has filed a Notice of Appearance and a Motion to Substitute Counsel in that DTA proceeding. The Nevada Federal Public Defender's office has opposed that motion and has moved to strike Mr. Fenstermaker's Notice of Appearance in the Court of Appeals. Those motions are pending before the Court of Appeals. Further, a motion is pending in Civil Action Number 08-CV-1085 in this Court regarding the appropriate representation of the detainee on whose behalf this case was brought.

3)    By order dated July 29, 2008, the Court appears to have made the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay Cuba, 344 F. Supp. 2d 174 (D.D.C. 2004), and supplementary orders, applicable to this case, pending further order of the Court.  That Amended Protective Order, however, is inappropriate for the management and handling of TOP SECRET//SENSITIVE COMPARTMENTED INFORMATION ("TS//SCI") associated with cases involving individuals such as petitioner, who were previously detained by the Central Intelligence Agency.  The Court should reconsider entry of the Amended Protective Order in this case and issue an appropriate protective order in the case suitable for management and handling of TS//SCI information.  Respondents stand ready to submit a proposed TS//SCI protective order and briefing regarding the proposal.

4)    Petitioner has directly authorized this petition.

5)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

6)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2008.  The respondent has not filed the CSRT record or a factual return in this case.

Dated: August 1, 2008            Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
SCOTT M. MARCONDA
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents