IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba,  Petitioner  V.  **GEORGE W. BUSH**, et al.,  Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION (HABEAS CORPUS)  No:    08-CV-1207-UNA MISC. NO. 08-CV442 (TFH)  JUDGE THOMAS F. HOGAN |

### REQUEST THAT THE GOVERNMENT FILE NOTICE WITH THE COURT 30 DAYS PRIOR TO TRANSFERRING PETITIONER FROM GUANTANAMO BAY

Petitioner Abd Al-Rahim Hussain Mohammed Al-Nashiri ("Al-Nashiri") asks that the

government provide written notice, filed with the Court, thirty (30) days prior to transferring

/ / /

/ / /

/ / /

Petitioner from Guantanamo Bay, Cuba. See Order of this Court dated July 10, 2008, as Docket Entry 52 in Miscellaneous Case 08-442.

Dated: August 8, 2008, in Las Vegas, Nevada.

                                              Respectfully Submitted,

                                              /s/ Paul G. Turner
                                              *Paul G. Turner
                                              Nevada Bar No. 07941
                                              Assistant Federal Public Defender
                                              *Gerald Bierbaum
                                              Texas Bar No. 24025252
                                              Assistant Federal Public Defender
                                              *Mukund H. Sharma
                                              California Bar No. 249125
                                              Assistant Federal Public Defender
                                              411 East Bonneville Ave., Ste. 250
                                              Las Vegas, NV 89101
                                              (702) 388-6577
                                              *Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I filed and served the foregoing **REQUEST THAT THE GOVERNMENT FILE NOTICE WITH THE COURT 30 DAYS PRIOR TO TRANSFERRING PETITIONER FROM GUANTANAMO BAY,** with the United States District Court for the District of District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: alexander.haas@usdoj.gov

**Scott Michael Marconda**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 5130
Washington, DC 20530
Email: scott.marconda@usdoj.gov

/s/ Leianna Montoya
Employee of the Federal Public Defender