IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI**, Guantanamo Bay Naval Station, Guantanamo Bay, Cuba, <br>    Petitioner, <br><br> v. <br><br> **GEORGE W. BUSH**, et al., <br>    Respondents. | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No. 08-Civ-1207 (UNA) <br> Misc. No. 08-Civ. 442 (TFH) <br><br> JUDGE: Unassigned |

**SUPPLEMENTAL NOTICE OF FILING
PETITIONER'S STATUS REPORT**

Petitioner, Abd Al-Rahim Hussain Mohammed Al-Nashiri, by and through undersigned counsel, submits this Supplemental Notice of Filing Petitioner's Status Report pursuant to this Court's order dated August 15, 2008. *See* Docket No. 17.

/ / /

/ / /

/ / /

On July 24, 2008, this Court ordered Petitioner to file a concise report summarizing the status of his case. *See* Docket No. 6. "Petitioner's Status Report" was transmitted to the Court Security Office on July 31, 2008, Notice that such activity had occurred was electronically filed with the Court on August 1, 2008. Docket No. 11. Counsel is advised that Mr. Al-Nashiri's Petition and Status Report have now been filed with the Court under seal. Subject to the applicable security procedures, counsel would be pleased to address any other inquiries the Court may have about the case.

Dated: August 22, 2008
      Las Vegas, Nevada

Respectfully Submitted,

/s/ Paul G. Turner
\*PAUL G. TURNER
Nevada Bar No. 07941
Assistant Federal Public Defender
\*GERALD BIERBAUM
Texas Bar No. 24025252
Assistant Federal Public Defender
\*MUKUND H. SHARMA
California Bar No. 249125
Assistant Federal Public Defender
411 East Bonneville Avenue, Ste. 250
Las Vegas, NV 89101
(702) 388-6577
\*Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I served the foregoing **SUPPLEMENTAL NOTICE OF FILING PETITIONER'S STATUS REPORT**, with the United States District Court for the District of Columbia for electronic filing (CM/ECF) with the Court and service on the persons listed on the attached service list:

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

**Scott Michael Marconda**
UNITED STATES DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 5130
Washington, DC 20530
Email: scott.marconda@usdoj.gov

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: alexander.haas@usdoj.gov

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7212
Washington, DC 20044
Email: terry.henry@usdoj.gov

/s/ Leianna Montoya
An Employee of the Federal Public Defender