```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) |
| BARACK OBAMA, et al., | ) ) ) |
| Respondents. | ) ) |

Civil Action No. 08-1207 (RWR)

## ORDER

The matter that is the subject of the government's classified filing of March 24, 2011, and several subsequent filings, together found at Docket Nos. 185 and 187, is hereby transferred by consent to Judge Emmet G. Sullivan. See LCvR 40.6(a). The parties should ensure that all future filings relating to that matter are brought to Judge Sullivan's attention in accordance with procedures established by him.

SIGNED this 18th day of April 2011.

                                         _____/s/_____
                                         RICHARD W. ROBERTS
                                         United States District Judge