# SUPREME COURT OF
# THE STATE OF INDIANA

*Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

RICHARD KAMMEN

is a member of the bar of said Court since admission on September 22, 1971, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 25th day of March, 20 14 .

Kevin S. Smith

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA