## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL RAHIM HUSSEIN AL NASHIRI, | **CIVIL ACTION** |
| | **(HABEAS CORPUS)** |
| *Petitioner*, | |
| v. | No. 08-cv-1207 (RCL) |
| | Misc. No. 08-mc-442 (TFH) |
| BARACK OBAMA, *et al.*, | |
| | *before* |
| *Respondents*. | Judge Royce C. Lamberth |

## NOTICE OF FILING

NOTICE is hereby given that Petitioner, Abd al Rahim Hussein al Nashiri, submitted a Motion for a Preservation Order and Memorandum of Law in Support of Petitioner's Motion for a Preservation Order to the Court Security Office for filing in this case on November 18, 2016.

Respectfully submitted,

Dated: November 22, 2016       /s/      Michel Paradis
                                           Michel Paradis (D.C. Bar #499690)
                                           U.S. Department of Defense
                                           Military Commissions Defense Organization
                                           1620 Defense Pentagon
                                           Washington, DC 20301
                                           1.703.696.9490x115
                                           michel.paradis@osd.mil

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the November 22, 2016, I caused the foregoing to be served on the Respondent's counsel by means of the Court's CM/ECF software.

Dated: November 22, 2016        /s/     Michel Paradis
                                                     Michel Paradis (D.C. Bar #499690)
                                                     U.S. Department of Defense
                                                     Military Commissions Defense Organization
                                                     1620 Defense Pentagon
                                                     Washington, DC 20301
                                                     1.703.696.9490x115
                                                     michel.paradis@osd.mil

                                                     *Counsel for Petitioner*