UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL-RAHIM HASSAIN MOHAMMED AL-NASHIRI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 08-cv-1207 (RCL) |

[~~PROPOSED~~] ORDER

Respondent's Opposed Motion for Extension of Time to Respond to Petitioner's Motion for a Preservation Order is hereby ~~GRANTED~~ DENIED.

Respondents shall file their opposition or other response to Petitioner's Motion for a Preservation Order, ECF No. 260, by January 13, 2017.

IT IS SO ORDERED.

Date: 12/28/16

*Royce C. Lamberth*
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE