UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD RAHIM HUSSEIN AL NASHIRI,<br>        Petitioner<br><br>v.<br><br>BARACK OBAMA, *et al.*<br>        Respondents. | Civil Action (HABEAS)<br><br>Civil Case No. 08-cv-1207 (RCL)<br>Misc. No. 08-mc-442 (TFH)<br><br>*before* Judge Royce C. Lamberth |

## ORDER

Having reviewed petitioner's Motion for a Preservation Order and Memorandum of Law in Support of Petitioner's Motion for a Preservation Order, filed with the Court Security Office on November 18, 2016 and notice [ECF No. 260] given November 22, 2016, this Court hereby **ORDERS** the government to conduct a review of the classification status of that filing. Upon such review, should the government determine that the filings contain classified information, the Court **ORDERS** the government to provide a redacted, public version of the motion to be filed on ECF.

**So ORDERED.**

_____
Royce C. Lamberth
United States District Judge

DATE: 12/28/16