UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, et al., <br><br> Respondents. | Case No: 08-cv-1207-RCL |

## ORDER

Upon consideration of respondents' motion for partial reconsideration and clarification [270], petitioner's opposition thereto, and the record herein, respondents' motion is hereby **DENIED**. There is no intervening change in the law, no new evidence not previously available, and no clear error in the Court's prior Order.

Moreover, the Court's Order placing a copy of the Senate Report in the custody of the Court Information Security Office does not authorize access to the Report. Before access is authorized, the Court would clearly be required to solicit the views of the Legislative Branch as well as the Executive Branch. The Court is obliged, however to protect petitioner's *possible* right of access to the Report if the Court determines such access is necessary to the adjudication of this case.

There is no basis for a stay [271] pending consideration of a possible appeal by the respondents, so the alternative motion for a stay is **DENIED**.

The petitioner's cross-motion [272] for immediate relief is also **DENIED**. Respondents are no doubt aware that this Court has had a contempt trial and found an agency in contempt

1

when it destroyed an agency head's hard drive the day of a prior Inauguration. This Court is confident that respondents will not want a contempt trial here when the Court's Order is crystal clear.

It is **SO ORDERED**.

Date: January 19, 2017

Royce C. Lamberth
United States District Judge