# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, | ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-1207 (RCL) |
| DONALD J. TRUMP, et al.,[1] | ) ) ) | |
| Respondents. | ) ) | |
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, | ) ) ) | |
| Petitioner | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-1360 (EGS) |
| JAMES N. MATTIS, | ) ) ) | |
| Respondent. | ) | |

## RESPONDENTS' NOTICE IN CONNECTION WITH THE COURT'S ORDERS OF DECEMBER 28, 2016, AND JANUARY 23, 2017

Respondents are filing this notice to advise the Court that, in accordance with the orders entered in the above captioned cases on December 28, 2016, and January 23, 2017,[2] on February 6, 2017, the Government deposited for the Court Information Security Officers (CISOs) for secure storage a complete and unredacted electronic copy of the Senate Select Committee on Intelligence *Committee Study of the CIA's Detention and Interrogation Program* (2014). Specifically, the Government deposited the electronic copy that had been previously delivered to the Department of Justice Office of Legislative Affairs.

---

[1] President Donald J. Trump is substituted as Respondent in his official capacity. *See* Fed. R. Civ. P. 25(d).

[2] Order, *Al Nashiri v. Obama*, No. 08-cv-1207 (RCL) (D.D.C. Dec. 28, 2016), ECF No. 268; Minute Order, *Husayn v. Carter*, No. 08-cv-1360 (EGS) (D.D.C. Jan. 23, 2017).

Date: February 10, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

/s/ *Kristina A. Wolfe*
RONALD J. WILTSIE (D.C. Bar No. 431562)
JAMES C. LUH
ERIC J. SOSKIN
KRISTINA A. WOLFE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Respondents