**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br><br>04-CV-1194, 04-CV-1254, 04-CV-2022, 05-CV-0023,<br>05-CV-0764, 05-CV-1048, 05-CV-1506, 05-CV-1592,<br>05-CV-1607, 05-CV-1971, 05-CV-1983, 05-CV-2104,<br>05-CV-2223, 05-CV-2348, 05-CV-2371, 05-CV-2380,<br>05-CV-2386, 06-CV-1690, 06-CV-1725, 07-CV-2337,<br>08-CV-1207, 08-CV-1236, 08-CV-1360, 08-CV-1440,<br>08-CV-1645, 08-CV-2083, 09-CV-0031, 09-CV-0745,<br>09-CV-0873, 09-CV-1385, 09-CV-1462, 10-CV-0407,<br>10-CV-1020, 11-CV-0923, 15-CV-0681, 15-CV-1257,<br>16-CV-1462, 16-CV-2358, 17-CV-1928 |

**NOTICE REGARDING CAMP II, BUILDING 8**

Respondents respectfully notify the Court that the Department of Defense intends to demolish Building 8 located in Camp II, a former detention camp at the Naval Station, Guantanamo Bay, Cuba, and repurpose the site for other use.[1]

As explained in the attached declaration of Rear Admiral Edward Cashman, the then-Commander of Joint Task Force-Guantanamo (JTF-GTMO), Building 8 is a relatively small, detached temporary modular structure, constructed in 2003, that was never used to house detainees. See Ex. 1, Decl. of Rear Admiral E. Cashman ¶ 4. Between 2004 and 2011, Building 8 was used by several federal agencies for interviews and intelligence gathering; it was also used by the Federal Bureau of Investigation (FBI) as administrative spaces. Id. Building 8 is no

---

[1] There are currently 41 detainees at Guantanamo Bay, 39 of whom have filed petitions for writ of habeas corpus in this Court. This notice is being submitted in all Guantanamo Bay habeas cases in which at least one petitioner is currently held at Guantanamo Bay, whether the case remains pending or not.

longer required for any purpose by JTF-GTMO or the FBI, and is well past its service life expectancy.  Id.

Given the climate of Guantanamo Bay, and in particular its deleterious impact on buildings despite prolonged attempts at interior temperature and humidity control, Building 8 has become generally unfit for any useful purpose and presents a potential health hazard.  Ex. 1. ¶ 5.  Building 8 is showing external and internal aging, has minor leaks, and has become a habitat for rodents and lizards and their residue.  Id.  There are no plans or requirements to repair or refurbish Building 8 in the future to support JTF-GTMO operations because it is not suitable for any other purpose.  Id.  Building 8 sits on property that could be utilized more efficiently and effectively for a variety of other purposes.  Id.  Accordingly, JTF-GTMO intends to begin the demolition as soon as practicable after May 1, 2018, but no sooner than two weeks following this submission to the Court.  Id. ¶ 7.

Respondents have taken steps to preserve data about Building 8.  The FBI Laboratory Division conducted an operational site survey of Camp II in June of 2011 and again in August and September 2017 to collect various types of data and recordings of the facilities, to include Building 8. Ex. 1 ¶ 6.  The FBI's data could be used to create a fair and accurate representation of the facility to include a three-dimensional model of Building 8 that shows all areas of the building where detainees have ever been present.  Id.  The building was completely documented.  Id.  This data will be preserved.  Id.

Respondents recognize the public interest in the Guantanamo Bay habeas cases and, in the interest of transparency, hereby inform the Court and Petitioners' counsel of JTF-GTMO's plan to demolish Building 8.

Dated:  24 April 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

/s/ Ronald J. Wiltsie
Ronald J. Wiltsie (DC Bar No. 431562)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 307-1401
Email: ronald.wiltsie@usdoj.gov