**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ABD AL-RAHIM HASSAIN MOHAMMED AL-NASHIRI,

Petitioner,

v.

DONALD J. TRUMP, *et al.*,

Respondents.

Civil Action No. 08-cv-1207 (RCL)

**NOTICE OF APPEARANCE**

Please take notice that undersigned attorney, William I. Friedman of the United States Department of Justice, enters his appearance as counsel for Respondents in this matter. Mr. Friedman hereby certifies pursuant to Local Civil Rule 83.2(d) that he is personally familiar with the Local Rules of this Court.

Date: October 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Director

/s/ *William I. Friedman*
WILLIAM I. FRIEDMAN
N.Y. Bar Reg. Number: 4039509
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington DC 20530

Tel: (202) 532-5541
E-mail: william.friedman@usdoj.gov

*Attorneys for Respondents*