**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABD AL-RAHIM HASSAIN MOHAMMED AL-NASHIRI,<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | Civil Action No. 08-cv-1207 (RCL) |

**NOTICE IN ADVANCE OF TRO HEARING**

Respondents respectfully provide this notice of two material developments not referenced in Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction and supporting Memorandum of Points and Authorities.

First, this morning the Military Commission orally continued the beginning of voir dire of the panel members in Petitioner's trial from October 19, 2026, to October 26, 2026.

Second, yesterday Petitioner filed a Petition for a Writ of Mandamus and Prohibition in the United States Court of Appeals for the District of Columbia Circuit regarding an evidentiary issue and requested that the Court of Appeals stay Petitioner's trial and affected proceedings. Petitioner also filed an emergency motion in the Court of Appeals seeking an immediate administrative stay of his military commission trial and a stay of the trial pending disposition of his petition for a writ of mandamus and prohibition. *See In Re Abd Al-Rahim Hussein Al-Nashiri*, No. 26-1287 (D.C. Cir.).

Date: October 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Director

/s/ *William I. Friedman*
WILLIAM I. FRIEDMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington DC 20530
Tel: (202) 532-5541
E-mail: william.friedman@usdoj.gov

*Attorneys for Respondents*